App. Div.]                    First Department, May, 1908.

In the Matter of Opening West One Hundred and Sixty-fourth Street.— Motion granted, with ten dollars costs.

Gaetano Saggese v. William T. Hookey.— Motion granted, with ten dollars costs.

Aaron Abramsohn v. Harris Goldberg.— Motion granted, with ten dollars costs.

Wilson R. Hunter v. Mutual Reserve Life Insurance Company.— Motion denied.

Eugene F. Wilson v. Carolyn Wilson.— Motion denied on condition that appellant have his appeal ready for argument at the June term.

Knickerbocker Trust Company v. Aaron K. Altmayer.— Motion denied on condition that appellant have his appeal ready for argument at the October term.

James Malloy and Others v. John O'Brien and Another.— Motion denied on condition that appellants have appeal ready for argument at the October term.

James Slater v. Waterson & L. Amusement Company.— Application denied, with ten dollars costs.

Israel Eisenstein v. Old Dominion Steamship Company.— Application denied, with ten dollars costs.

Edwin P. Shattuck v. Guardian Trust Company.   Motion denied, with ten dollars costs.

Herman Isaacs v. Terry & Tench Company.— Motion denied, with ten dollars costs.

Frank G. Carrie and Another v. American Soda Fountain Company.— Motion denied, with ten dollars costs.

Ernst R. Fuhrman v. August Heaksher.— Motion denied, with ten dollars costs.

Anna Woerishoffer v. Sydney W. Peoples.— Motion granted.

In the Matter of Maria T. Nicolini.— Reference ordered.   Memorandum per curiam.   Settle order on notice.

In the Matter of Richard J. Stainton.— Reference ordered.   Memorandum per curiam.   Settle order on notice.

Eugene F. Wilson v. Carolyn Wilson.— Motion denied.

In the Matter of Margaret Scone, Deceased.— Order resettled.

In the Matter of Maurice Fitzgerald.— Respondent disbarred.   Present order.

In the Matter of the Board of Rapid Transit Railroad Commissioners; In the Matter of Third Avenue Route; In the Matter of Fourteenth Street Route; In the Matter of White Plains Railroad Route; In the Matter of Jerome Avenue Subway; In the Matter of Girard Avenue; In the Matter of Thirty-fourth Street Route; In the Matter of Seventh and Eighth Avenue Route; In the Matter of Lexington Avenue Route.— See memorandum.

John Valentine Koch, as Trustee under the Last Will and Testament of John Henry Semken, Deceased, Respondent, v. Anna Semken, Individually and as Administratrix, etc., of Claus D. Semken, Deceased, and Others, Respondents, Impleaded with Anna H. Clarke and Others, Appellants.— Judgment affirmed, with costs to all parties separately appearing, payable out of the estate.   No opinion.